Same case below, 635 F.3d 774.

**No. 10-11179. Tyrone Noble, Petitioner v. United States.**

565 U.S. 942, 132 S. Ct. 400, 181 L. Ed. 2d 257, 2011 U.S. LEXIS 7256.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 408 Fed. Appx. 645.

**No. 10-11280. Mars L. Gore, aka Marshal Lee Gore, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 942, 132 S. Ct. 445, 181 L. Ed. 2d 257, 2011 U.S. LEXIS 7446.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-11. Michael Spicola, Petitioner v. New York.**

565 U.S. 942, 132 S. Ct. 400, 181 L. Ed. 2d 257, 2011 U.S. LEXIS 7335.

October 11, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 16 N.Y.3d 441, 922 N.Y.S.2d 846, 947 N.E.2d 620.

**No. 11-16. Realcomp II, Ltd., Petitioner v. Federal Trade Commission.**

565 U.S. 942, 132 S. Ct. 400, 181 L. Ed. 2d 257, 2011 U.S. LEXIS 7292.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 635 F.3d 815.

**No. 11-46. Oren Adar, Individually and as Parent and Next Friend of J. C. A-S, a Minor, et al., Petitioners v. Darlene W. Smith, State Registrar and Director, Office of Vital Records and Statistics, Louisiana Department of Health and Hospitals.**

565 U.S. 942, 132 S. Ct. 400, 181 L. Ed. 2d 257, 2011 U.S. LEXIS 7300.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 639 F.3d 146.

**No. 11-49. John E. Wetzel, Secretary, Pennsylvania Department of Corrections, et al., Petitioners v. Mumia Abu-Jamal.**

565 U.S. 943, 132 S. Ct. 400, 181 L. Ed. 2d 257, 2011 U.S. LEXIS 7434.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 643 F.3d 370.

**No. 11-115. Paul F. Kendall, Petitioner v. Ann M. Balcerzak, et al.**

565 U.S. 943, 132 S. Ct. 402, 181 L. Ed. 2d 257, 2011 U.S. LEXIS 7290.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 650 F.3d 515.